# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2429. LA FIESTA MEXICAN RESTAURANT #6, INC. et al. v. NATHAN GRAU.

Plaintiff Nathan Grau filed this civil action against defendants RLH Atlanta, LLC; Carlos Hernandez, Sr.; Maria Munoz; and several John Doe defendants.[1] Hernandez and Munoz filed a motion to dismiss the claims against them, which RLH Atlanta later joined. After the trial court denied the motion to dismiss, Grau amended his complaint to add La Fiesta Mexican Restaurant # 6, Inc. as a defendant. Hernandez and Munoz thereafter filed an application for interlocutory review of the denial of their motion to dismiss, which we granted. See *Hernandez v. Grau*, No. A19I0228 (May 14, 2019). On the same day that we granted Hernandez's and Munoz's interlocutory application, the parties filed, in the trial court, a consent motion to dismiss without prejudice defendants RLH Atlanta, Hernandez, and Munoz, which the trial court granted on May 15, 2019. On May 17, 2019, an attorney purporting to represent "Defendants" filed the instant notice of appeal, referencing our order granting the interlocutory application in Case No. A19I0228. We lack jurisdiction.

To the extent that the May 17 notice of appeal is filed on behalf of RLH Atlanta, Hernandez, and/or Munoz, the appeal is moot, given their dismissal from this action. See *Hughes v. Ga. Dept. of Corrections*, 267 Ga. App. 440, 443 (2) (600 SE2d 383) (2004) ("An issue is moot when a determination is sought on a matter

---

[1] The current record on appeal contains no indication that any of the John Doe defendants has been identified or served.

which, when rendered, cannot have any practical effect on the existing controversy.")
(punctuation omitted); see also *Jayko v. State*, 335 Ga. App. 684, 685 (782 SE2d 788)
(2016) ("Mootness is a jurisdictional matter. When the remedy sought in litigation
no longer benefits the party seeking it, the case is moot and must be dismissed.")
(citation and punctuation omitted). To the extent that the notice of appeal is filed on
behalf of La Fiesta Mexican Restaurant # 6, it is without effect, as that defendant was
not a party to the motion to dismiss or to the ensuing interlocutory application. See
OCGA § 5-6-34 (b) (after an application for interlocutory appeal is granted, "*the
applicant*, to secure a review of the issues, may file a notice of appeal") (emphasis
supplied).

For each of the above reasons, this appeal is hereby DISMISSED for lack of
jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  08/06/2019
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.



_____, Clerk.